A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Sep 09, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Aug 25, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NUVARING PRODUCTS LIABILITY LITIGATION     MDL No. 1964

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-47)

On August 22, 2008, the Panel transferred eight civil actions to the United States District Court for the Eastern District of Missouri for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 572 F.Supp.2d 1382 (J.P.M.L. 2008). Since that time, 448 additional actions have been transferred to the Eastern District of Missouri. With the consent of that court, all such actions have been assigned to the Honorable Rodney W. Sippel.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Missouri and assigned to Judge Sippel.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Missouri for the reasons stated in the order of August 22, 2008, and, with the consent of that court, assigned to the Honorable Rodney W. Sippel.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Missouri. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 09, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NUVARING PRODUCTS LIABILITY LITIGATION	MDL No. 1964

## SCHEDULE CTO-47 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 10-5788 | Lacy Nerud v. Organon USA, Inc., et al. |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 10-3033 | Dayna Weaver v. Organon USA, Inc., et al. |
| CAN | 3 | 10-3046 | Nytira Duplessis v. Organon USA, Inc., et al. |
| **KANSAS** | | | |
| KS | 2 | 10-2376 | Lindsey Butcher v. Organon USA, Inc., et al. |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 10-2000 | Jenny Lorusso v. Organon Pharmaceuticals USA, Inc., et al. |
| **MARYLAND** | | | |
| MD | 1 | 10-2096 | Nicole Cooper v. Organon USA, Inc., et al. |
| MD | 8 | 10-1705 | Sarah Bakka v. Organon USA, Inc., et al. |
| **MINNESOTA** | | | |
| MN | 0 | 10-2314 | Nicole R. Nemic v. Organon USA, Inc., et al. |
| MN | 0 | 10-2321 | Kimberly L. Sutter v. Organon USA, Inc., et al. |
| MN | 0 | 10-2322 | Kathleen McMahen v. Organon USA, Inc., et al. |
| MN | 0 | 10-2328 | Leah J. Hess v. Organon USA, Inc., et al. |
| MN | 0 | 10-2337 | Tiara A. Broaddus v. Organon USA, Inc., et al. |
| MN | 0 | 10-2342 | Donielle Auguston v. Organon USA, Inc., et al. |
| MN | 0 | 10-3163 | Nicole Soto v. Organon USA, Inc., et al. |
| MN | 0 | 10-3164 | Latisha Silvera v. Organon USA, Inc., et al. |
| MN | 0 | 10-3165 | Tamira Prothro v. Organon USA, Inc., et al. |
| MN | 0 | 10-3166 | Shilpa Hamilton v. Organon USA, Inc., et al. |
| MN | 0 | 10-3168 | Janet Tetreault v. Organon USA, Inc., et al. |
| MN | 0 | 10-3169 | Virginia Keeney-Dewell v. Organon USA, Inc., et al. |
| MN | 0 | 10-3170 | Patricia Guadarrama v. Organon USA, Inc., et al. |
| **NEW JERSEY** | | | |
| NJ | 2 | 10-3233 | Rodricka Brown v. Organon USA, Inc., et al. |
| NJ | 2 | 10-3238 | Carmen Carbonell v. Organon USA, Inc., et al. |